# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-50410
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**
June 19, 2017

Lyle W. Cayce
Clerk

OCTAVIO HUERTA,

> Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL; JAMES B. COMEY; STEVEN T. MNUCHIN, SECRETARY, U.S. DEPARTMENT OF TREASURY,

> Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-1146

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given by the court and the Magistrate Judge and for failing to serve process on any named defendant.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.